FILED BY [illegible] D.C.
05 JUL 21 AM 10:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY [illegible] D.C.
05 JUL 20 PM 2:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHIRLEY DOWNING COVINGTON ) <br><br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEMPHIS PUBLISHING COMPANY ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 05-2474DV <br><br><br><br><br> MOTION FOR EXTENSION OF <br> TIME FOR FILING OF ANSWER <br> TO COMPLAINT |

COMES NOW, Memphis Publishing Company, d/b/a The Commercial Appeal (MPC), pursuant to Federal Rule of Civil Procedure 7, with this Motion for Extension of Time to file Answer in Civil Action No 05-2474DV.

On July 5, Shirley Downing Covington filed, with this court, Civil Action No. 05-2474DV. Said action was served on defendant on July 8, 2005, setting a due date for the answer of July 28, 2005.

By agreement with plaintiff's counsel, said deadline has been extended until Monday, August 29, 2005.

Defendant Memphis Publishing Company respectfully requests that the court grant this motion.

Respectfully submitted,

_Warren C. Funk_
Warren C. Funk (TN BPR No. 6947)
Counsel for the Memphis Publishing Company
495 Union Avenue, Memphis, TN 38103
Telephone 901/529-2631; fax 901/529-2618

**MOTION GRANTED**
DATE: 7-20-2005

_signature_
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7/21/05_

## CERTIFICATE OF SERVICE

I, Warren C. Funk, hereby certify that a true and correct copy of this foregoing Motion for Extension of Time for Filing of Answer to Complaint was served on the 20th day of July, 2005:

Via Hand Delivery To:

> Ms. Kathleen Caldwell
> 2080 Peabody Avenue
> Memphis, TN 38104

*Warren C. Funk*
Warren C. Funk
TN BPR No. 6947
Counsel for Memphis Publishing Company
495 Union Avenue, Memphis, TN 38103
Telephone 901/529-2631; fax 901/529-2618

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02474 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Warren C. Funk
MEMPHIS PUBLISHING CO., INC.
495 Union Ave.
Memphis, TN 39103

Honorable Bernice Donald
US DISTRICT COURT