IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

**SHIRLEY DOWNING COVINGTON,**

    **Plaintiff,**

**vs.**                                                                       **No. 05-2474  D/V**

**MEMPHIS PUBLISHING COMPANY,**

    **Defendant.**
_____

**(PROPOSED) ORDER GRANTING JOINT MOTION TO EXTEND
DISPOSITIVE MOTION DEADLINE**
_____

        This matter is before the Court upon the parties' Joint Motion to Extend Dispositive Motion Deadline.  In the Joint Motion, the parties seek, because they are resuming their mediation efforts, to extend the current June 15, 2007 deadline for filing dispositive motions.  For good cause shown, it is hereby ordered, adjudged, and decreed that the deadline for filing dispositive motion is extended to July 6, 2007.

        IT IS SO ORDERED.

                                                        _s/Diane K. Vescovo_
                                                        DIANE K. VESCOVO
                                                       UNITED STATES MAGISTRATE JUDGE

                                                       Date:  May 15, 2007